USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA DONINI,

                Plaintiff,

       v.

PHILIP PEAKS, professionally known as "PEEZY",

                Defendant.

No. 22-cv-09706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A post-discovery conference was previously scheduled in this matter for June 30, 2023 at 2:00 p.m. On May 26, 2023, the Court granted the parties' request for an extension of the discovery deadline. Accordingly, the June 30 conference is hereby adjourned to October 13, 2023 at 3:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. This conference line is open to the public.

SO ORDERED.

Dated:    June 29, 2023
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge