```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA DONINI,

                Plaintiff,

      v.

PHILIP PEAKS, professionally known as "PEEZY",

                Defendant.

No. 22-cv-09706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A post-discovery conference was previously scheduled in this matter for October 13, 2023 at 3:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 4:00 p.m. on October 18, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

      Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    September 26, 2023
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge