UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                      Plaintiff,

            v.

PHILLIP PEAKS professionally known as "PEEZY,"

                      Defendant.

22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed during Friday's telephonic conference, the parties shall jointly submit a status letter and a revised Case Management Plan no later than October 27, 2023.

SO ORDERED.

Dated:    October 23, 2023
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge