UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                Plaintiff,

        v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at the telephonic conference held on February 2, 2024, no later than one week following the settlement conference, the parties are to submit a joint letter proposing next steps for this litigation.

SO ORDERED.

Dated:    February 5, 2024
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge