

GREGORY H. GRIFFITH
Attorney At Law
167 Madison Avenue, Suite 205
New York, NY 10016
T: (917) 662-2596
F: (646) 558-4197
E: ggriffith@ghglawpc.com

May 20, 2024

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

RE:   *Donini v. Peaks* Case No: 22-cv-9706

Dear Judge Gorenstein:

I represent Defendant/Counter-claim Plaintiff Phillip Peaks in the above-entitled matter. I respectfully submit this letter, with the consent of Plaintiff's counsel, requesting an adjournment of the settlement conference scheduled for May 24, 2024 to June 27, 2024.

I am requesting this adjournment as I have informed by my client that he will not be available on May 24, 2024 due to a scheduling conflict.

Based on the foregoing, I respectfully request that the settlement conference be adjourned from May 24, 2024 to June 27, 2024.

Respectfully submitted,

THE GRIFFITH LAW FIRM
By: /s/ Gregory Griffith

MELONI & MCCAFFREY, APC
By: /s/ Robert S. Meloni

Conference adjourned to June 27, 2024, at 10:00 a.m.  Submissions due June 21, 2024. The provisions of Docket # 35 otherwise remain in effect.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 21, 2024