MEMORANDUM ENDORSED



**GREGORY H. GRIFFITH**
Attorney At Law
167 Madison Avenue, Suite 205
New York, NY 10016
T: (917) 662-2596
F: (646) 558-4197
E: ggriffith@ghglawpc.com

October 22, 2024

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Donini v. Peaks* Case No: 22-cv-9706

Dear Judge Gorenstein:

I represent Defendant/Counter-claim Plaintiff Phillip Peaks in the above-entitled matter. I respectfully submit this letter, with the consent of Plaintiff's counsel, requesting an adjournment of the settlement conference scheduled for October 28, 2024, to November 7, 2024 at 10:00am.

I am requesting this adjournment due to personal reasons which will have me unavailable the week of October 27, 2024.

Based on the foregoing, I respectfully request that the settlement conference be adjourned from October 28, 2024 to November 7, 2024.

Conference adjourned to November 7, 2024, at 10 a.m. Submissions due October 31, 2024.

Respectfully submitted,

THE GRIFFITH LAW FIRM
By: /s/ Gregory Griffith

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 22, 2024