UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                Plaintiff,

       v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has been advised by Magistrate Judge Gorenstein that attempts to settle this matter have thus far been unsuccessful. The parties are directed to appear for a status conference on November 15, 2024 at 3:00 p.m. No later than November 13, 2024, the parties shall submit a joint status letter indicating whether either party seeks to file a dispositive motion, and the basis thereof. In the letter, the parties shall also advise the Court whether they would like the status conference to be held in person or remotely.

SO ORDERED.

Dated:    November 8, 2024
             New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge