UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA DONINI,<br><br>       Plaintiff,<br><br>    v.<br><br>PHILLIP PEAKS, *professionally known as* "PEEZY,"<br><br>       Defendant. | No. 22-CV-9706 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Pursuant to this Court's Order issued December 13, 2024, any reply brief in support of the motion for partial summary judgment was due by January 22, 2025. *See* ECF No. 58. To date, no reply brief has been filed. The motion is thus deemed fully briefed.

SO ORDERED.

Dated:  January 29, 2025
      New York, New York

                         Hon. Ronnie Abrams
                         United States District Judge