UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA DONINI,

      Plaintiff,

   v.

PHILLIP PEAKS, *professionally known as*
"PEEZY,"

      Defendant.

No. 22-CV-9706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

   Defendant's Local Rule 56.1 Statement, filed in support of its motion for partial summary judgment, repeatedly cites to the "Griffith Declaration." *See* ECF No. 61. As Plaintiff points out, however, Defendant did not file any such declaration. *See* ECF No. 65. By the end of the day on April 3, 2025, Defendant shall either file this declaration or submit a letter identifying where the declaration and related exhibits have been filed on the docket. Otherwise, the Court will decide the pending motion for partial summary judgment on the record before it, disregarding any statements in the Rule 56.1 Statement that are unsupported. *See Nat'l Coal. on Black Civic Participation v. Wohl*, 661 F. Supp. 3d 78, 98–99 (S.D.N.Y. 2023).

SO ORDERED.

Dated:  April 1, 2025
     New York, New York

             Ronnie Abrams
             United States District Judge