UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                Plaintiff,

         v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Defendant's pending motion for summary judgment concerns, in part, statements Defendant purportedly made about Plaintiff in an Instagram Live video and in his song "Nipsey Blue." No later than April 9, 2025, the parties shall either jointly submit complete copies and any transcripts of this video and song, or jointly submit a letter identifying where these materials have been filed on the docket.

SO ORDERED.

Dated:    April 7, 2025
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge