UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                 Plaintiff,

    v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                 Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On March 18, 2025, the Court ordered the parties to file all pretrial submissions, as set forth in Rule 6 of the Court's Individual Rules & Practices in Civil Cases, no later than April 14, 2025. Pursuant to Rule 6, the parties were required to submit a joint pretrial order; motions or other matters to be resolved *in limine*; joint proposed voir dire questions, a verdict form, and jury instructions; and a copy of all documentary exhibits. To date, the parties have submitted a joint pretrial order, and Plaintiff has submitted her *in limine* motions and proposed verdict form, voir dire questions, and jury instructions. Although Plaintiff indicated that Defendant has objections to Plaintiff's proposed verdict form, Defendant has not submitted these objections to the Court or indicated whether he consents or objects to Plaintiff's proposed voir dire questions and jury instructions.

    No later than April 17, 2025, Defendant shall confirm whether he has objections to Plaintiff's proposed voir dire questions and jury instructions. If Defendant has objections, the parties shall meet and confer and jointly submit a proposed verdict form, voir dire questions, and jury instructions —articulating any areas of disagreement between the parties—no later than April

21, 2025.

Furthermore, in the parties' joint pretrial order, Defendant states his deposition designations and exhibits are located in his "Schedule." Defendant, however, has not provided a "Schedule." No later than April 21, 2025, Defendant shall submit a designation of deposition testimony and exhibits he intends to offer in his case in chief, including any objections of Plaintiff, in accordance with Rule 6(A) of the Court's Individual Rules & Practices in Civil Cases. Defendant shall also submit a copy of any exhibits to which Plaintiff objects.

In addition, Defendant has objected to the admission of his Plea Agreement in *United States v. Phillip Peaks*, No. 2:16-cr-20460-MAG-RSW-11 (E.D. Mich. Sept. 20, 2019). No later than April 21, 2025, Defendant shall advise the Court whether he also objects to the admission of testimony concerning this conviction, and, if so, shall file a motion *in limine* with supporting authority. If Defendant makes such a motion, Plaintiff may file a response no later than April 25, 2025.

Finally, the parties are advised that they should reach out by email to Abrams_NYSDChambers@nysd.uscourts.gov to schedule a time to test out the use of the courtroom technology in advance of trial.

SO ORDERED.

Dated:  April 16, 2025
        New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge