UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA DONINI,

                  Plaintiff,

        v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                  Defendant.

No. 22-CV-9706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 18, 2025, the Court ordered the parties to file all pretrial submissions, as set forth in Rule 6 of the Court's Individual Rules & Practices in Civil Cases, no later than April 14, 2025, with responses due by April 21, 2025. On April 16, 2025, the Court issued an additional order as to pretrial submissions that had not yet been submitted.

      In accordance with the Court's April 16 order, Defendant has now submitted deposition designations and its exhibit list with Plaintiff's objections. Defendant has also belatedly filed objections to Plaintiff's deposition designations. Defendant has not, however, filed an opposition to Plaintiff's first motion *in limine*, ECF No. 71; submitted a copy of his proposed exhibits to which Plaintiff objects; or advised the Court whether he objects to the admission of testimony concerning Defendant's conviction. It is hereby:

      ORDERED that, no later than April 25, 2025, the parties may file responses to the opposing parties' objections to the admission of exhibits and deposition testimony.

      IT IS FURTHER ORDERED THAT, no later than April 25, 2025, the parties shall file a copy of (1) the proposed exhibits to which Plaintiff objects and (2) Plaintiff's deposition testimony,

or those portions to which Plaintiff objects. In the alternative, the parties may identify where these materials are filed on the docket.

      IT IS FURTHER ORDERED that Plaintiff's first motion *in limine* is deemed fully briefed. The Court presumes Defendant has no objection to Plaintiff's first motion *in limine* or the admission of testimony concerning Defendant's prior conviction.

SO ORDERED.

Dated:    April 22, 2025
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge