UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                Plaintiff,

         v.

PHILLIP PEAKS, *professionally known as* "PEEZY,"

                Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 7, 2025, the Court ordered the parties to jointly submit complete copies, and any transcripts, of the Instagram Live video and song at issue in this action, or to identify where such materials had been filed on the docket. ECF No. 76. On April 8, the parties submitted a DVD copy of the video, which they represented was a "true and correct copy of Defendant's Instagram Live video from 2022"; directed the Court to a court reporter's live transcription of that video during Defendant's deposition; and, with respect to Defendant's song "Nipsey Blue," advised the Court to refer to the "Official Video" available on YouTube. ECF No. 77. Having examined these materials, it appears to the Court that the transcript provided contains inaccuracies. Furthermore, Plaintiff's Complaint and pretrial submissions make reference to additional statements that are not contained in either the video or the transcript provided. No later than April 29, 2025, the parties shall jointly submit transcripts of any portions of videos or the song that the parties will seek to admit at trial.

2

SO ORDERED.

Dated:  April 24, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge