UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA DONINI,

                Plaintiff,

        v.

PHILLIP PEAKS professionally known as "PEEZY",

                Defendant.

No. 22-CV-9706 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This action arises from a dispute between Defendant Phillip Peaks, a hip-hop artist professionally known as Peezy, and his former manager Plaintiff Chelsea Donini. Pending before this Court is Defendant's motion for partial summary judgment as to Plaintiff's tort claims. *See* ECF Nos. 59–61. Because Plaintiff has abandoned her claims for intentional and negligent infliction of emotional distress and tortious interference, Defendant's motion for summary judgment on these claims is granted. As to Plaintiff's defamation claims, Defendant's motion is granted in part and denied in part.

      Plaintiff appears to assert that Defendant defamed her on five occasions: (1) in an Instagram video; (2) in his song "Nipsey Blue"; (3) to the CEO of Empire Distribution, Records and Publishing Inc. Ghazi Shami; (4) to Plaintiff's client Payroll Giovanni; and (5) in a 2023 podcast episode. Summary judgment is granted as to the statements purportedly made to Payroll Giovanni and in the podcast episode and denied as to the statements purportedly made to Ghazi Shami. The Court reserves judgment as to the remaining statements pending its review of revised transcripts of the song and video, which the Court directed the parties to file by April 29, 2025. The Court

will issue decision as to those statements and elaborate on its rulings after discussion with the parties at the final pretrial conference on May 1, 2025.

The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 59, 60, and 61.

SO ORDERED.

Dated:     April 28, 2025
           New York, New York

                                                              _____
                                                              Ronnie Abrams
                                                              United States District Judge