UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA DONINI, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP PEAKS, *professionally known as* "PEEZY," <br><br> Defendant. | No. 22-CV-9706 (RA) <br><br> JUDGMENT |

RONNIE ABRAMS, United States District Judge:

After a five-day jury trial, on May 9, 2025, the jury returned a verdict for Plaintiff Chelsea Donini, awarding Plaintiff $720,246.94 on her contract claim, $237,500 on her defamation claim as to a statement Defendant made about Plaintiff in his song "Nipsey Blue," and awarding $487,500 in punitive damages. The jury further found that Defendant had not proven his contract counterclaim and did not defame Plaintiff in a statement purportedly made to Ghazi Shami.

SO ORDERED.

Dated:   May 19, 2025
         New York, New York

Ronnie Abrams
United States District Judge