UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONINI,

                Plaintiff,

      v.

PEAKS,

                Defendant.

No. 22-CV-9706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      After a five-day trial, the jury found in favor of plaintiff, Chelsea Donini. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

      Court Exhibit 1: *Voir Dire* Questionnaire

      Court Exhibit 2: Draft Jury Charges Discussed at Charge Conference

      Court Exhibit 3: Jury Charge Provided to Jury

      Court Exhibit 4: Jury Note

      Court Exhibit 5: Jury Note

      Court Exhibit 6: Jury Note

      Court Exhibit 7: Verdict Sheet

SO ORDERED.

Dated:    May 16, 2025
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge